AO 241 (Rev. 5/85)

**PETITION UNDER 28 USC § 2254 FOR WRIT OF
HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

FILED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| United States District Court | District No. | |
|---|---|---|
| Name Steven Anthony Clemens | Prisoner No. V-56169 | |
| Place of Confinement CSP-Solano Facility (4) P.O.Box 4000 (21-B5-07) Vacaville, Ca.95696-4000 | | CV 08 2885 |
| Name of Petitioner (include name under which convicted) Steven Anthony Clemens | v. | Name of Respondent (authorized person having custody of petitioner) SISTO, Warden |

The Attorney General of the State of: California

E-filing

JF (PR)

## PETITION

1. Name and location of court which entered the judgment of conviction under attack  SISkiyou County Court

2. Date of judgment of conviction  March 29, 2006

3. Length of sentence  10 Years in State Prison

4. Nature of offense involved (all counts)  Count(1), Kidnapping(Pen.Code @207, subd.(a)
   Count(2), False Imprisonment by violence(Pen.Code @ 236, Count(3)
   Corporal injury to a cohabitant(Pen.Code @ 273.5 subd.(a) Count
   (4), forcible rape(Pen.Code @261, subd.(a)(2), Count(5), assault with
   intent to commit rape(Pen.Code @ 220; Count 6, Sexual Battery P.C

5. What was your plea? (Check one)
   (a) Not guilty  ☒
   (b) Guilty  ☐
   (c) Nolo contendere  ☐
   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   _____

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury  ☒
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☒  No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☒  No ☐

(2)

AO 241 (Rev. 5/85)

9. If you did appeal, answer the following:

(a) Name of court  Court Of Appeal Of The State Of California 3rd.District

(b) Result  Conviction Affirmed   Case No.C052936

(c) Date of result and citation, if known  September 10,2007

(d) Grounds raised  Evidence necessary to prove that a person "Inflicted" Corporal injury,and The Imposition of the Upper Term.

(e) If you sought further review of the decision on appeal by a higher state court, please answer the following:

  (1) Name of court  California Supreme Court

  (2) Result  Appeal Denied

  (3) Date of result and citation, if known  December 11.2007

  (4) Grounds raised  Same As Above.

(f) If you filed a petition for certiorari in the United States Supreme Court, please answer the following with respect to each direct appeal:

  (1) Name of court

  (2) Result

  (3) Date of result and citation, if known

  (4) Grounds raised

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions with respect to this judgment in any court, state or federal?
Yes ☒  No ☐

11. If your answer to 10 was "yes," give the following information:

(a) (1) Name of court  Superior Court Of Siskiyou County,

  (2) Nature of proceeding  Modification Of Sentence,and New Trial.
    Request TO Recall Sentence(Pen.C.1170(d)

  (3) Grounds raised  Prosecution didn't met the Elements Of Offenses.

(3)

AO 241 (Rev. 5/85)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☒

    (5) Result     Motion Denied (Request To Recall Sentence ON

    (6) Date of result   04/14/08

(b) As to any second petition, application or motion give the same information:

    (1) Name of court

    (2) Nature of proceeding

    (3) Grounds raised

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes ☐ No ☐

    (5) Result

    (6) Date of result

(c) Did you appeal to the highest state court having jurisdiction the result of action taken on any petition, application or motion?

    (1) First petition, etc.     Yes ☒ No ☐
    (2) Second petition,     Yes ☐ No ☐

(d) If you did *not* appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

12. State *concisely* every ground on which you claim that you are being held unlawfully. Summarize *briefly* the *facts* supporting each ground. If necessary, you may attach pages stating additional grounds and *facts* supporting same.
    CAUTION: In order to proceed in the federal court, you must ordinarily first exhaust your available state court remedies as to each ground on which you request action by the federal court. If you fail to set forth all grounds in this petition, you may be barred from presenting additional grounds at a later date.

AO 241 (Rev. 5/85)

For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted your state court remedies with respect to them. However, *you should raise in this petition all available grounds* (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.
(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impaneled.
(I) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: The petitioner is challenging the evidence necessary to prove That he "Willfully Inflicted Corporal Injury on a Co-habitant.

Supporting FACTS (state *briefly* without citing cases or law) The prosecution's conviction was based on less than proof beyond a reasonable doubt of each and every element of the charged crime.

SEE ATTACHED STATEMENT!

B. Ground two: Petitioner contends that the trial court committed Cunningham errors by relying on aggravating circumstances that was neither admitted by petitioner nor submitted to a jury.

Supporting FACTS (state *briefly* without citing cases or law): The trial court imposed the upper term under Cunningham.

## GROUND ONE ATTACHMENT

The petitioner is challenging the evidence necessary to prove that he "Willingly" inflicted corporal injury on a cohabitant. The petitioner is asserting that prosecution's conviction in this case was based on less than proof beyond a reasonable doubt for each element of the charged crime. U.S.C.(5), Under Due Process Violation, and in **In re Winship**, 397, U.S. 358 (1970).

The issue at hand involve an "Implied Assumption", at best, that the petitioner's intent, in this charge, was not clearly established and the petitioner intended to "Wilfully" or willingly inflicted harm to the alleged victim.

The elements of P.C. 273.5 regarding a general intent offense, needs only to establish that a crime had been committed in the context of the petitioner's presence at the scene of the crime. The prosecutor, in argument, never proved beyond a reasonable doubt that the Petitioner's motive or intent rose to the level of being a "Willing Participant" in a domestic violence incident. In **People v. Sargent**, (1999) 19.Cal.4th. 1206, 1215, [general intent crimes require only "Willingness to do the proscribed act]. The prosecutor in his assumption never produced evidence that petitioner's state of mind, during the incident, was one that constituted a "Willingness to inflict harm or injury."

The prosecutor, in his argument used a standard that was a Subjective Standard supplied by the investigative reports of responding officers at the crime scene. The Petitioner is asking this Court to use the "Objective Standard" rather than the "Subjective Standard" when viewing the evidence. 'Proof beyond a reasonable doubt' exceeds 'belief' as a standard. (#4, RT,pg.1050, L-5,6).

(5R)

AO 241 (Rev. 5/85)

C. Ground three: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

D. Ground four: _____

_____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented in any other court, state or federal, state *briefly* what grounds were not so presented, and give your reasons for not presenting them: All issues mention in this petition has been previously presented to the state court in exhausting my appeal.

14. Do you have any petition or appeal now pending in any court, either state or federal, as to the judgment under attack?
    Yes ☐   No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a) At preliminary hearing  James J.Johnson, Attorney At Law,
        P.O.BOX 1609
        Yreka,Ca.96097(530)842-1681

    (b) At arraignment and plea  James J.Johnson, Attorney At Law
        P.O.BOX 1609
        Yreka,Ca.96097(530)842-1681

(6)

AO 241 (Rev. 5/85)

(c) At trial  James J.Johnson, SBN-86961
Attorney At Law
P.O.BOX 1609, Yreka, Ca. 96097 (530)842-1681

(d) At sentencing  James J.Johnson, Attorney At Law
P.O.BOX 1609
Yreka, Ca. 96097 (530)842-1681

(e) On appeal  Gregory Marshall, Attorney At Law
P.O.BOX 996
Palo Cedro, Ca. 96073

(f) In any post-conviction proceeding  Motion To Receive Trial Attorney Files. Superior Court Of The State Of California(County Of Siskiyou)

(g) On appeal from any adverse ruling in a post-conviction proceeding  Motion regarding (IAC)Claim Appellate Attorney refuse to look at (IAC)Claim Of Trial Counsel.

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ☒ No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☒
(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☒

Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed

05/30/08
(date)

_Steven A Clemens_
Signature of Petitioner

(7)

Court of Appeal, Third Appellate District - No. C052936
S157206

# IN THE SUPREME COURT OF CALIFORNIA

En Banc

THE PEOPLE, Plaintiff and Respondent,

v.

STEVEN ANTHONY CLEMENS, Defendant and Appellant.

---

The petition for review is denied.

SUPREME COURT
FILED

NOV 2 8 2007

Frederick K. Ohlrich Clerk

_____
Deputy

GEORGE
_____
Chief Justice

FILED SUPERIOR COURT OF CALIFORNIA COUNTY OF SISKIYOU DEC 0 6 2007 ENDORSED - V. MEDEIROS By: _____ DEPUTY CLK

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA,
IN AND FOR THE COUNTY OF SISKIYOU

PEOPLE OF THE STATE OF CALIFORNIA,

        Plaintiff/Respondent,     C052936

vs

                             No. MCYKCRBF 05-2395

STEVEN ANTHONY CLEMENS,

        Defendant/Appellant.     NOTICE OF REMITTITUR
_____/

    NOTICE IS HEREBY GIVEN that in the above entitled matter the following proceeding has been had:

    A remittitur from the Court of Appeal, Third Appellate District, was received and filed on December 6, 2007.

    The judgment is affirmed.

DATE: December 6, 2007          SISKIYOU COUNTY SUPERIOR COURT

                                      By: _____V. MEDEIROS_____
                                              DEPUTY CLERK

Copies mailed to:

[Office of the State Attorney General, P.O. Box 944255, Sacramento, CA 94244-2550]
Central California Appellate Program, 2407 J Street, Ste. 301, Sacramento, CA 95816
Steven Anthony Clemens, CDC: V-56169 DOB: 03/11/1966, California State Prison, Solano, P.O. Box 4000, Vacaville, CA 95696
Gregory Marshall, Attorney at Law, P.O. Box 996, Palo Cedro, CA 96073

# PROOF OF SERVICE BY MAIL

## BY PRISONER "IN PRO PER"

I hereby certify that I am over the age of 18 years of age, that I am representing myself, and that I am a prison inmate.

My prison address is:   California State Prison - Solano
Housing: (21-B5-UP)
P.O. Box 4000
Vacaville, California 95696-4000

On the "*date*" specified below, I served the following document(s) on the parties listed below by delivering them in an envelope to prison authorities for deposit in the United States Mail pursuant to the "Prison Mailbox Rule":

Case Name: Clemens V. Sisto                Case #: 05239

Document(s) Served: Direct Appeal Writ/Copies Of satisfaction State Court Exhaustion, and Ground one Argument Attachment.

The envelope(s), with postage fully pre-paid or with a prison Trust Account Withdrawal Form attached pursuant to prison regulations, was/were addressed as follows:

United States District Court
Northern District OF California
450 Golden Gate Avenue, 16th Floor
San Francisco, Ca. 94102

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed on 06/04/08, in Vacaville, California.

"*date*"

Signature: _____

Printed Name: Steven A. Clemens

Clemens, V-56169
(21-B5-UP)
P.O. Box 4000
Vacaville, Ca. 95696-4000

CALIFORNIA STATE PRISON-SOLANO

LEGAL MAIL

United States District Court
Northern District Of California
450 Golden Gate Avenue, 16th., Floor
San Francisco, Ca. 94102