1  Steven A. Clemens
2  Pro Per
3  P.O. Box 4000, (21-B5-UP)
4  Vacaville, Ca. 95696-4000

E-filing

FILED
JUN 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

(PR) JF

CV 08    2885

STEVEN A. CLEMENS           )
         Petitioner,         )
                             )           Case No.
V.                           )           Direct Appeal To
                             )           Federal Magistrate
                             )           Writ Of Habeas Corpus
D.K. SISTO                   )
                             )
         WARDEN,             )
-----------------------------