FILED

JUN 2 3 2008

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JF

(PR)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CV 08 2885

Steven A Clemens Plaintiff,

vs.

CASE NO. _____

Warden, Sisto   Defendant.

**PRISONER'S**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

I, Steven Clemens , declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.    Are you presently employed? Yes _____ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: ___Ø_____ Net: ___Ø_____

Employer: ___Ø_____

_____

1    If the answer is "no," state the date of last employment and the amount of the gross and net

2    salary and wages per month which you received.   (If you are imprisoned, specify the last

3    place of employment prior to imprisonment.)

4    _Labor Job at a Remodel WORKed AppRox_

5    _3 Weeks there  12/05  $10 per Hr_

6    _____

7    2.    Have you received, within the past twelve (12) months, any money from any of the

8    following sources:

9        a.    Business, Profession or        Yes ____  No _X_

10             self employment

11       b.    Income from stocks, bonds,      Yes ____  No _X_

12             or royalties?

13       c.    Rent payments?            Yes ____  No _X_

14       d.    Pensions, annuities, or        Yes ____  No _X_

15             life insurance payments?

16       e.    Federal or State welfare payments,    Yes ____  No _X_

17             Social Security or other govern-

18             ment source?

19   If the answer is "yes" to any of the above, describe each source of money and state the amount

20   received from each.

21   _____

22   _____

23   3.    Are you married?             Yes ____  No _X_

24   Spouse's Full Name: _____N/A_____

25   Spouse's Place of Employment: ___N/A_____

26   Spouse's Monthly Salary, Wages or Income:

27   Gross $_____—_____ Net $_____—_____

28   4.    a.    List amount you contribute to your spouse's support:$ ____—____

1    b.    List the persons other than your spouse who are dependent upon you for

2    support and indicate how much you contribute toward their support.  (NOTE:

3    For minor children, list only their initials and ages.  DO NOT INCLUDE

4    THEIR NAMES.).

5    K.C.  KC KC  $1500  plus ARREARES

6    17    15    11

7    5.    Do you own or are you buying a home?          Yes ___ No X

8    Estimated Market Value: $ ___O___    Amount of Mortgage: $ ___O___

9    6.    Do you own an automobile?          Yes ___ No X

10    Make ___O___    Year ___O___    Model ___O___

11    Is it financed? Yes ─O─ No ─O─  If so, Total due: $ ___O___

12    Monthly Payment: $ ___O___

13    7.    Do you have a bank account? Yes ?  No ___ (Do not include account numbers.)

14    Name(s) and address(es) of bank: Midvally Bank — 0.⁶⁶

15    Service charged out

16    Present balance(s): $ ___O___

17    Do you own any cash?  Yes X  No ___  Amount: $ ___5.00___

18    Do you have any other assets?  (If "yes," provide a description of each asset and its estimated

19    market value.)  Yes ___ No X

20    _____

21    8.    What are your monthly expenses?

22    Rent: $ ___O___    Utilities: ___O___

23    Food: $ ___O___    Clothing: ___O___

24    Charge Accounts:

25    Name of Account          Monthly Payment          Total Owed on This Acct.

26    _____    $ _____    $ _____

27    _____    $ _____    $ _____

28    _____    $ _____    $ _____

1   9.    Do you have any other debts? (List current obligations, indicating amounts and to

2   whom they are payable. Do not include account numbers.)

3   _____

4   _____

5   10.    Does the complaint which you are seeking to file raise claims that have been presented

6   in other lawsuits?   Yes ____ No X

7   Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in

8   which they were filed.

9   _____

10  _____

11      I consent to prison officials withdrawing from my trust account and paying to the court

12  the initial partial filing fee and all installment payments required by the court.

13      I declare under the penalty of perjury that the foregoing is true and correct and

14  understand that a false statement herein may result in the dismissal of my claims.

15

16  6-18-08                        Steven A Clemens

17      DATE                       SIGNATURE OF APPLICANT

18

19

20

21

22

23

24

25

26

27

28

1
2          Case Number: CV08 2885
3
4
5
6
7
8                    **CERTIFICATE OF FUNDS**
9                              **IN**
10                   **PRISONER'S ACCOUNT**
11
12         I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____ for the last six months
14   _____ where (s)he is confined.
                        [prisoner name]
                                         where (s)he is confined.
                 [name of institution]
15         I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _____ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_____.
18
19   Dated:_____          _____
20                                        [Authorized officer of the institution]
21
22   _I will have a Relitive_
23
24   _Sent $5.00_
25
26              _Thank you_
27
28

-5-

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

Steven Anthony Clemens
V56169 -21-B 5 up
P.O. Box 4000
Vacaville Ca 95696

**BUSINESS REPLY MAIL**

FIRST-CLASS MAIL    PERMIT NO. 12615    WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

Legal Mail