```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 44611018101
Cashier ID: cmutlem
Transaction Date: 07/15/2008
Payer Name: Steven Clemens

WRIT OF HABEAS CORPUS
  For: Steven Clemens
  Case/Party: D-CAN-5-08-CV-002885-001
  Amount:        $5.00

MONEY ORDER
  Check/Money Order Num: 8940125417L
  Amt Tendered: $5.00

Total Due:     $5.00
Total Tendered: $5.00
Change Amt:    $0.00


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

**ReadyPost**
Photo Document Mailer

From: STEVEN CLEMENS
CSP-V 56169-21 B5 UP
PO BOX 4000
VACAVILLE CA 95696

FIRST CLASS MAIL

7007 3020 0002 3129 2844

CERTIFIED MAIL™

7007 3020 0002 3129 2844





U.S. POSTAGE PAID
REDDING, CA
96049
JUL 12, 08
AMOUNT
$3.70
0008144-19

To: US DRISTICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102
9680



- Multi-purpose mailer
- Bright white background for improved readability

93009284
Photo Document Mailer
6" x 10"
$1.29

UNITED STATES POSTAL SERVICE®

6" X 10" Photo Document Mailer
$1.29
1PJC2003
AIC-093
Product Code 93009284
www.usps.com
A product of the United States Postal Service ®
Made in Mexico