1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STEVEN ANTHONY CLEMENS, | ) | No. C 08-02885 JF (PR) |
| | ) | |
| Petitioner, | ) | ORDER OF TRANSFER |
| vs. | ) | |
| | ) | |
| | ) | |
| D. K. SISTO, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his 2006 criminal conviction in the Siskiyou Superior Court.  Petitioner has paid the filing fee.

Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction.  See Habeas L.R. 2254-3(a); Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968); cf. Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989) (district of confinement best forum to review execution of sentence).

\\\

\\\

1    Accordingly, this case is TRANSFERRED to the United States District Court for

2  the Eastern District of California, the district where Petitioner's conviction occurred.  <u>See</u>

3  28 U.S.C. §§ 1391(b), 1404(a); Habeas L.R. 2254-3(b)(1).  The Clerk shall transfer the

4  entire file to the Eastern District of California.

5    IT IS SO ORDERED.

6  DATED: <u>10/21/08</u>            _____

7                        JEREMY FOGEL
                        United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28